UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY HANNAFORD,

            Plaintiff,

  v.

JAE U KIM,

            Defendant.

Case No. C23-192 RAJ-MLP

ORDER

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 3.) Plaintiff does not appear to have funds available to afford the $402.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 3) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

Dated this 21st day of February, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1