UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMY HANNAFORD,<br><br>                Plaintiff,<br><br>  v.<br><br>JAE U KIM,<br><br>                Defendant. | Case No. 2:23-cv-00192-TMC<br><br>ORDER DISMISSING CASE FOR FAILURE TO SHOW CAUSE |

This matter comes before the Court on review of the court record.

On September 5, 2023, the Court issued a Minute Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. 10. That order directed the parties to file a Combined Joint Status Report and Discovery Plan no later than December 4, 2023, pursuant to Fed. R. Civ. P. 16 and Local Rules W.D. Wash. LCR 16(a). *Id*. It directed Plaintiff's counsel to serve copies of the minute order on all parties who appeared after the order was filed and instructed that Plaintiff's counsel would be responsible for starting the communications needed to comply with the minute order. *Id*. On December 15, 2023, the Court issued a Notice to Parties providing a reminder that the December 4 deadline had passed and that failure to comply promptly could result in dismissal. Dkt. 11.

On December 27, 2023, the Court entered an Order to Show Cause, which provided that by January 10, 2024, Plaintiff must show cause why this case should not be dismissed without prejudice under Fed. R. Civ. P. 16(f)(1) and 37(b)(2)(A)(v). Dkt. 12.

Plaintiff has not responded to the Order to Show Cause.

Therefore, it is hereby ORDERED that this case is DISMISSED without prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 19th day of January, 2024.

Tiffany M. Cartwright
United States District Judge